UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 07-cv-00590 WYD-MJW

DENNIS PUBLISHING, INC.,

    Plaintiff,

v.

L&G, INC. and GARY S. COHN,
also known as GARY S. COHEN,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE

THIS MATTER comes before the Court on the Joint Motion for Entry of Consent Decree filed by Plaintiff Dennis Publishing Company, Inc. and Defendants L&G, Inc. and Gary S. Cohn, a/k/a Gary S. Cohen.  The Court has reviewed the Joint Motion and the proposed Consent Decree.

The COURT FINDS that the terms of the Consent Decree are fair, reasonable, and in the public interest.

IT IS SO ORDERED that the Joint Motion for Entry of Consent Decree is GRANTED, and the Consent Decree is APPROVED, and to the extent expressly set forth in the document is incorporated into this Order as if fully set forth herein.  The Clerk is directed to close this case.

Dated:  June 29, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge